Order entered December 31, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00950-CR

### THOMAS J. ELLIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA13-70570-C**

## ORDER

We **GRANT** Nanette Hendrickson's December 28, 2015 motion to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson and the Dallas County Public Defender's Office as appointed counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal.

We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    LANA MYERS
        JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

MAR U 8 ZUI6

LISA MATZ
CLERK, 5th DISTRICT



## Court of Appeals
## Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



02 1P   $ 000.48⁵
0000856274   DEC 31 2015
MAILED FROM ZIP CODE 75201

CASE: 05-15-00950-CR
THOMAS J
3225 TURT
DALLAS,

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 75202663150   *1882-04926-03-06